# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FLORENCE KAGONYERA, | ) CASE NO: 2:16-cv-01730-RSL |
| | ) |
| PLAINTIFF, | ) **STIPULATION AND ORDER FOR** |
| | ) **VOLUNTARY DISMISSAL OF CASE** |
| vs. | ) |
| | ) **CLERK'S ACTION REQUIRED** |
| SELECT PORTFOLIO SERVICING and DOES 1-20, INCLUSIVE, | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |
| | ) |

## STIPULATION

Pursuant to Fed R Civ. P. 41(a)(ii), the parties, by and through their counsel of records,

request the Court dismiss the entire case in the matter of Florence Kagonyera vs. Select Portfolio

Servicing, Inc. and Does 1-20, Case Number 2:16-cv-01730-RSL, inclusive with prejudice and

without payment of fees or costs to any party.

**Payment of funds held in trust by Clerk of Court.** The funds currently held in trust by

the Clerk of Court shall be released and paid out to Defendant Select Portfolio Servicing, Inc.,

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
1

Law Offices of Joseph W. Creed
11120 NE 2nd St, Suite 200
Bellevue, Washington 98004
P: 800-679-4202
F: 206-299-9886

97554683.1 0052161-04218

which agrees to apply the funds to Ms. Kagonyera's loan, in accordance with the terms set forth in the form of order.

Dated this 11th day of July, 2018.

LAW OFFICES OF JOSEPH W. CREED        STOEL RIVES, LLP


/s/ Joseph W. Creed                              /s/ Vanessa Soriano Power
Joseph W. Creed, WSBA #42451            Vanessa Soriano Power, WSBA #30777
jcreed@cefirm.com                               Vanessa.power@stoel.com

Law Offices of Joseph W. Creed
11120 NE 2nd St, Suite 200
Bellevue, Washington 98004
P: 800-679-4202
F: 206-299-9886

**ORDER**

Based on the foregoing stipulation, it is hereby:

ORDERED that Florence Kagonyera vs. Select Portfolio Servicing and Does 1-20, Case Number 2:16-cv-01730-RSL, is dismissed with prejudice and without payment of attorney fees or costs to any party.

It is further ORDERED that the Clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of $20,558.17, plus all accrued interest, minus any statutory users fees, payable to Select Portfolio Servicing, Inc. (Taxpayer ID # 87-0465626) and mail or deliver the check(s) to Select Portfolio Servicing, Inc. at P.O. Box 65450, Salt Lake City, UT 84165, with reference to "Kagonyera, Florence Acct. 0014644173."

SO ORDERED this 13th day of July, 2018

_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

Approved as to form;
Notice of Presentation waived:
LAW OFFICES OF JOSEPH W. CREED

/s/ Joseph W. Creed
Joseph W. Creed, WSBA #42451
jcreed@cefirm.com
Attorneys for Plaintiff

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL

3

Law Offices of Joseph W. Creed
11120 NE 2nd St, Suite 200
Bellevue, Washington 98004
P: 800-679-4202
F: 206-299-9886